PROB 12C
(6/16)

Report Date: March 23, 2023

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vicente Flores                             Case Number: 0980 1:21CR02048-SAB-1

Address of Offender: ███████████████    Yakima, Washington 98908

Name of Sentencing Judicial Officer:  The Honorable Anthony J. Battaglia, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 23, 2021

Original Offense:       Ct. 1: Importation of Cocaine, 21 U.S.C. §§ 952 and 960;
                        Ct. 2: Importation of Fentanyl, 21 U.S.C. §§ 952 and 960

Original Sentence:      Prison - 9 days              Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Michael Davis Murphy         Date Supervision Commenced: August 23, 2021

Defense Attorney:       To Be Assigned               Date Supervision Expires: August 22, 2024

### PETITIONING THE COURT

To issue a summons.

On August 31, 2021, supervised release conditions were reviewed with Mr. Flores and he acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court. |
|  | **Supporting Evidence**: Mr. Flores is considered to be in violation of his supervised release conditions by consuming marijuana on or about February 17, 2023. |
|  | On February 27, 2023, Mr. Flores' Yakima County District Court probation officer informed this officer that on February 17, 2023, Mr. Flores submitted to urinalysis (UA) testing and the specimen was sent to Cordant Laboratory for testing. The probation officer provided a copy of Cordant Laboratory UA results dated February 23, 2023, showing the specimen provided by Mr. Flores was positive for Delta-9-THC. |

Prob12C
**Re: Flores, Vicente**
**March 23, 2023**
Page 2

        On March 3, 2023, this officer spoke with Mr. Flores and Mr. Flores denied having consumed marijuana on or about February 17, 2023.

2      **Special Condition # 3**: Abstain from consumption of alcohol.

        **Supporting Evidence**: Mr. Flores is considered to be in violation of his supervised release conditions by consuming alcohol on or about February 17, 2023.

        On February 27, 2023, Mr. Flores' Yakima County District Court probation officer informed this officer that on February 17, 2023, Mr. Flores submitted to UA testing and the specimen was sent to Cordant Laboratory for testing. The probation officer provided a copy of Cordant Laboratory UA results dated February 23, 2023, showing that the specimen provided by Mr. Flores was positive for ethanol.

        On March 3, 2023, this officer spoke with Mr. Flores and he admitted to having consumed alcohol on or about February 17, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 23, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[  ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

3/24/2023
Date